UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABDIRAHMAN AHMED HASSAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>LORETTA E LYNCH; JEH JOHNSON; JAMES B COMEY; and MARK J HAZUDA,<br><br>                    Defendants. | No.  4:16-CV-05113-EFS<br><br>**ORDER DISMISSING CASE** |

On November 23, 2016, Plaintiff Abdirahman Ahmed Hassan filed a Motion for Voluntary Dismissal, ECF No. 4.  Defendants have not yet filed an answer or motion for summary judgment, and Plaintiff avers that Defendants have no objection, *see* ECF No. 4.  Therefore, consistent with Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

    **1.**    Plaintiff's Motion for Voluntary Dismissal, **ECF No. 4**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

//

ORDER DISMISSING CASE - 1

1     **5.**    The Clerk's Office is directed to **CLOSE** this file.

2     **IT IS SO ORDERED.**   The Clerk's Office is directed to enter this

3  Order and provide copies to all counsel.

4     **DATED** this  28th  day of November 2016.

```
                        s/Edward F. Shea
                        EDWARD F. SHEA
                Senior United States District Judge
```